JUNE 16, 2004

No. 03A1023.   SIZER, COMMISSIONER, MARYLAND DEPARTMENT OF CORRECTIONS, ET AL. *v.* OKEN.   Application to vacate the stay of execution of sentence of death entered by the United States District Court for the District of Maryland on June 14, 2004, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted.   JUSTICE STEVENS, JUSTICE GINSBURG, and

JUSTICE BREYER would deny the application to vacate the stay of execution.